Jonah A. Grossbardt (State Bar No. 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Plaza East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
ROBERT SKAZEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SKAZEL,<br><br>                    Plaintiff,<br><br>v.<br><br>THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG,<br><br>                    Defendants. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Demand for Jury Trial** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff ROBERT SKAZEL by and through his undersigned counsel, brings this Complaint against Defendants THOMAS VALFRID ANDERSON and DANIEL

JUNG, both individually and dba ANDERSON & JUNG for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff ROBERT SKAZEL ("Skazel") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Skazel's original copyrighted works of authorship.

2. Skazel is an experienced photographer who makes his living from photography. Skazel is a principal in the German company Mainworks, a creative production studio with offices in Frankfurt, Berlin, Munich and Los Angeles. Mainworks and Skazel work with a variety of prestigious companies, including Swarovski, Mercedes-Benz, Hyundai, Ogilvy, Lincoln, Kia, Team One and more. Skazel is a revered photographer and collaborates with the artist Mia Florentine Weiss to create dramatic material and performance art, including her travelling *Art Angel* performances on the West Coast of the United States.

3. Defendant THOMAS VALFRID ANDERSON ("Anderson") is an attorney licensed by the state of California.

4. Defendant DANIEL JUNG ("Jung") is an attorney licensed by the state of California.

5. Anderson and Jung are herein collectively referred to as "Defendants."

6. Defendants are doing business as ANDERSON & JUNG ("A&J"), a law firm specializing in business and family law services.

7. Skazel alleges that Defendants copied Skazel's copyrighted work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in California.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. Thomas Valfrid Anderson is an individual residing in the state of California, and can be served at his place of business, Union Bank Plaza, 31st Floor, 445 South Figueroa Street, Los Angeles, California, 90001.

13. Daniel Jung is an individual residing in the state of California and can be served at his place of business, Union Bank Plaza, 31st Floor, 445 South Figueroa Street, Los Angeles, California, 90001.

14. Thomas Valfrid Anderson and Daniel Jung operate a business called Anderson & Jung, with its principal place of business at Union Bank Plaza, 31st Floor, 445 South Figueroa Street, Los Angeles, California, 90001.

### THE COPYRIGHTED WORK AT ISSUE

15. In 2011, Skazel created a photograph entitled "11 Minutes of Fame", which is shown below and referred to herein as the "Work".



16. Skazel registered the Work with the Register of Copyrights on August 25, 2016 and was assigned the registration number VA 2-056-819. The Certificate of Registration is attached hereto as Exhibit 1.

17. At all relevant times Skazel was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. Defendants copied Skazel's copyrighted Work without Skazel's permission.

21. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their legal business.

22. Defendants copied and distributed Skazel's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

23. Skazel's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

25. Skazel never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

26. Skazel notified Defendants of the allegations set forth herein on September 19, 2017. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Plaintiff incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Skazel owns a valid copyright in the Work at issue in this case.

29. Skazel registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Skazel's authorization in violation of 17 U.S.C. § 501.

31. Defendants performed the acts alleged in the course and scope of their business activities.

32. Skazel has been damaged.

33. The harm caused to Skazel has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: May 1, 2018   */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
Attorneys for Plaintiff Robert Skazel