# Exhibit

# 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Skazel, Robert
Search Results: Displaying 1 of 1 entries



Labeled View

### *11 Minutes Of Fame.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002056819 / 2016-08-25 |
| **Application Title:** | 11 Minutes Of Fame. |
| **Title:** | 11 Minutes Of Fame. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Robert Skazel, 1968- . Address: Hanauer Landstrasse 184, Frankfurt, 60314, Germany. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-01-24 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Robert Skazel, 1968- ; Domicile: Germany; Citizenship: Germany. Authorship: photograph. |
| **Rights and Permissions:** | Pixsy Inc, 340 S Lemon Ave #5514N, Walnut, CA, 91789, United States, (323) 417-2088, (323) 417-2088, info@pixsy.com |
| **Names:** | Skazel, Robert, 1968- |





| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page