# Exhibit 2

# ANDERSON & JUNG

SERVICES   GAY DIVORCES   BLOG   CONTACT US   ONLINE CONSULTATIONS   ABOUT US

## Family and Business Law Services

### Affordable divorces - you don't have to fight!

We offer affordable legal services to the middle class. Regardless whether you choose to use document preparation services, unbundled services, or full service.  We are here to help with all your legal issues including divorces, child custody, child support, prenuptial agreements, starting or maintaining a new business,  name changes, and expungements.  You can meet with us at our office or online face to face in our virtual office.  Ph: 213-612-7773

Email *

[                                    ]

If you would like more information please submit your email and we will get back to you shortly.

Submit



Our Services:

Here at Anderson & Jung, we specialize in family law and the special circumstances involving divorce, child custody matters and dissolution of registered domestic partnerships. Daniel Jung has practiced in family law for over 10 years and has been

involved in child custody cases including Brittany Spears, where he worked in the forensic offices evaluating the case. He is also a professor of law at Abraham Lincoln University and previously at Charter College.  He has also worked in civil litigation working on complex legal issues such as the Radiation Exposure Compensation Act, class action lawsuits against real estate agencies and breach of contract cases.  Val Anderson has been an attorney for 29 years and has practiced in the area of business and contracts law.  He was one of the first persons to obtain a gay divorce in California when he had to dissolve his registered domestic partnership in 2012. He is also a professor of law at Abraham Lincoln University.

Any divorce is stressful and complicated. Even an uncontested divorce involves a large amount of documents and numerous court filings. The fastest divorce will take at least nine months because of a mandatory six month waiting period to allow the parties to "cool off" and possibly reconcile. The court filings can be difficult to understand and if improperly filled out, the court will reject them, without giving you instructions on how to fill them out properly.  This doesn't include the long lines you have to wait in to file the court papers.

We are committed to helping you manage your divorce or registered partnership dissolution to minimize your stress and keep costs down as much as possible. You don't have to fight! Fighting rarely helps either party.  We offer three levels of services:

    1. Entry Services: If the case is uncontested, we will help you fill out the forms necessary. After an initial consultation with the lead attorney, we will refer you to a legal document preparer, who will work with you to fill out all of the necessary paperwork. The lead attorney will then review the final documents. We will not be the attorneys of record. You will file in your own name. Once the documents are executed we can arrange to file them for you in the appropriate court house. If there are any problems, we will revise the documents. This will require that you are not fighting with your spouse and that you can agree upon ALL important matters. This can be done on an incredible affordable flat fee. Very reasonable hourly rates are also available. Entry level services will save you a lot of money, time, and stress.

    2. Intermediate Services: Here we offer all the services as the entry level service however we will take a small retainer to allow more frequent communication on single issues of your case and you would use our own "in-house" paralegal.  We again would not be the attorney of record, but working with our own paralegals, we would be spending more time reviewing the paperwork.  For intermediate service, the hourly rate is $150 an hour and our paralegals are billed out at $75 an hour.

    3. Full Services: This is the more traditional way to hire an attorney and will be necessary if you or your spouse begins to fight or if the matter is complicated. We will become the attorneys of record in the case and appear in court and in other legal proceedings on your behalf. Depending upon the level of attorney or paralegal involved, we would need to bill you by the hour at rates ranging from $80 an hour to $400 an hour. We would need to obtain a retainer in advance from you.

A divorce is not a pleasant experience, even when everything goes smoothly. If is however part of the responsibilities that come with the rights and privileges of marriage. If it is necessary, we would be happy to help you and to make the process as affordable and smooth as possible. You don't need to fight!

  

Union Bank Plaza 445 S. Figueroa St. 31st Floor, Los Angeles, CA 90071                     Ph: (213) 612-7773