Jonah A. Grossbardt (State Bar No.: 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
ROBERT SKAZEL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SKAZEL,<br><br>                    Plaintiff,<br><br>v.<br><br>THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG,<br><br>                    Defendants | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

   Plaintiff ROBERT SKAZEL, by and through his undersigned counsel, hereby files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.  Plaintiff is an individual and is not a corporation.

DATED:  May 1, 2018        */s/ Jonah A. Grossbardt*
                           JONAH A. GROSSBARDT
                           **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**