Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460   561 933-0330

## Return of Service

Case No: 2:18 cv 3669 PA AGR

Court: United States District, Central California

Plaintiff: ROBERT SKAZEL

Defendant: THOMAS VALFRID ANDERSON and DANIEL JUNG
both individually and dba Anderson & Jung

Hearing Date: 21 days
Writ: Summons, Amended Complaint for Copyright Infringement, Exhibits, Notice to Parties of Court-Directed ADR Program, Standing Order
For: Jonah A Grossbardt, Esq
Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:   MR THOMAS VALFRID ANDERSON
Union Bank Plaza, 31 floor
445 South Figueroa Street, Los Angeles, California 90001

Majestic Process received this process on May 1, 2018 at 3:00 p.m.

I, __Tamar Ravid__, executed service on __May 14__, __2018__.
at __3:00__ am/__pm__
I delivered a copy of this process in accordance with state statutes in the manner below:

____INDIVIDUAL SERVICE: Served the within named person.

_✓_ SUBSTITUTE SERVICE: Served __Douglas Palmer__ as
__Authorized Agent__

____OTHER SERVICE: Served _____ as

____NON SERVICE: For the reasons in the comments below.

DESCRIPTION: sex __M__ age __50__ race __White__ height __6'1__ weight __190__ hair __Grey__
eyes __Brown__ other marks _____

COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

_Tamar Ravid_
Process Server # __5967__
In Good Standing in the Court
in which this was served