Jonah A. Grossbardt (State Bar No.: 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
ROBERT SKAZEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT SKAZEL, | Case No.:  2:18-cv-03669-PA-AGR |
| Plaintiff, | **MOTION FOR CLERK'S DEFAULT** |
| v. | |
| DANIEL JUNG AND T. VALFRID ANDERSON, both individually and dba ANDERSON & JUNG, | |
| Defendants. | |

Plaintiff ROBERT SKAZEL, by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against DANIEL JUNG AND T. VALFRID ANDERSON both individually and dba ANDERSON & JUNG ("Defendants") hereto on the ground that Defendants have failed to appear or

otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  The Declaration of Jonah A. Grossbardt in Support of Motion for Entry of Clerk's Default ("Grossbardt Decl.") filed concurrently herewith demonstrates that on May 14, 2018, Defendants were served with the Summons and a copy of the Complaint by personal service, by serving Douglas Palmer, authorized agent.  The time allowed for Defendants to respond to the Complaint has expired.  Neither Plaintiff nor the Court has granted Defendants an extension of time to respond to the Complaint.  Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Plaintiff is informed and believes that Defendants are not infants or incompetent persons.  Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Robert Skazel requests that a default be entered by the Clerk against Daniel Jung and T. Valfrid Anderson both individually and dba ANDERSON & JUNG and for such other and further relief as to the Court deems just and proper in the premises.

DATED:  June 14, 2018  */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
Attorneys for Plaintiff Robert Skazel