Jonah A. Grossbardt (State Bar No.: 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
ROBERT SKAZEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT SKAZEL,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JUNG AND T. VALFRID ANDERSON,<br><br>Defendants. | Case No.: 2:18-cv-03669-PA-AGR<br><br>**DECLARATION OF JONAH A. GROSSBARDT IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT** |

I, Jonah A. Grossbardt, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff ROBERT SKAZEL ("Plaintiff") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of

1

1 Clerk's Default, and I could and would testify competently to the matters set forth
2 herein.
3     2.    On May 1, 2018, Plaintiff filed his Complaint against Defendants Daniel
4 Jung and T. Valfrid Anderson ("Defendants") [ECF 1].
5     3.    On May 14, 2018, Defendants were served with the Summons and a copy
6 of the Complaint by personal service, by serving Douglas Palmer, authorized agent.
7 Attached hereto as Exhibit "A" are true and correct copies of the Affidavits of Service
8 on file with the Court, reflecting that Defendants were served by personal service with
9 their Summons and a copy of the Complaint.
10     4.    The time allowed for Defendants to respond to the Complaint has
11 expired.
12     5.    Defendants have not been granted an extension of time to respond to the
13 Complaint.
14     6.    Defendants have failed to answer or otherwise respond to the Complaint
15 or serve a copy of their Answer or other response upon Plaintiff's attorneys of record.
16     7.    I am informed and do not believe that Defendants are infants or
17 incompetent persons, and, upon information and belief, the Servicemembers Civil
18 Relief Act does not apply.
19
20
21

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA & BOCA RATON, FLORIDA

1  I declare under perjury under the laws of the United States of America that the
2  foregoing is true and correct.
   Executed on June 14, 2018 at Los Angeles, California.
3
4
5                                             _____
                                              Jonah A. Grossbardt
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA & BOCA RATON, FLORIDA