# EXHIBIT A

Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 533-0330

## Return of Service

Case No:  2:18 cv 3669 PA AGR                        Court: United States District, Central California

Plaintiff:  ROBERT SKAZEL

Defendant:  THOMAS VALFRID ANDERSON and DANIEL JUNG
             both individually and dba Anderson & Jung

Hearing Date:  21 days
Writ:  Summons, Amended Complaint for Copyright Infringement,
       Exhibits,  Notice to Parties of Court-Directed ADR Program,
       Standing Order
For:  Jonah A Grossbardt, Esq
      Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:              MR DANIEL JUNG
                              Union Bank Plaza, 31 floor
                              445 South Figueroa Street, Los Angeles, California  90001

Majestic Process received this process on  May 1, 2018 at 3:00 p.m.

I, ___Tamar Ravid___, executed service on ___May  14___ 20_18_.
at ___3:00___ am/pm.
I delivered a copy of this process in accordance with state statutes in the manner below:

____INDIVIDUAL SERVICE:  Served the within named person.

_✓_ SUBSTITUTE SERVICE:  Served___Douglas  Palmer___as
                                 ___Authorized  Agent___

____OTHER SERVICE:  Served _____as
                            _____

____NON SERVICE:  For the reasons in the comments below.

DESCRIPTION:  sex_M_ age_50_ race_White_ height_6'1_ weight_190_ hair_Grey_
                    eyes_Brown_ other marks _____
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made.  Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

___Tamar Ravid___
Process Server # _5967_
In Good Standing in the Court
in which this was served

Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 993-0330

## Return of Service

Case No: 2:18 cv 3669 PA AGR      Court: United States District, Central California

Plaintiff: ROBERT SKAZEL

Defendant: THOMAS VALFRID ANDERSON and DANIEL JUNG
         both individually and dba Anderson & Jung

Hearing Date: 21 days
Writ: Summons, Amended Complaint for Copyright Infringement,
     Exhibits, Notice to Parties of Court-Directed ADR Program,
     Standing Order
For: Jonah A Grossbardt, Esq
     Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:      MR THOMAS VALFRID ANDERSON
         Union Bank Plaza, 31 floor
         445 South Figueroa Street, Los Angeles, California  90001

Majestic Process received this process on  May 1, 2018 at 3:00 p.m.

I, _Tamar Ravid_, executed service on ___May 14 2018___.
at _3:00_ am/(pm)
I delivered a copy of this process in accordance with state statutes in the manner below:

____ INDIVIDUAL SERVICE:  Served the within named person.

✓ SUBSTITUTE SERVICE:  Served _Douglas Palmer_ as
_Authorized Agent_

____ OTHER SERVICE:  Served _____ as
_____

____ NON SERVICE:  For the reasons in the comments below.

DESCRIPTION: sex _M_ age _50_ race _White_ height _6'1_ weight _190_ hair _Grey_
         eyes _Brown_ other marks _____

COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made.  Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

_Tamar Ravid_
Process Server # _5967_
In Good Standing in the Court
in which this was served