Jonah A. Grossbardt (State Bar No. 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
ROBERT SKAZEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| ROBERT SKAZEL, | Case No.: 2:18-cv-03669-PA-AGR |
|---|---|
| Plaintiff, | **RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |
| v. | |
| DANIEL JUNG AND T. VALFRID ANDERSON, both individually and dba ANDERSON & JUNG, | |
| Defendants. | |

Plaintiff ROBERT SKAZEL ("Skazel"), by and through his undersigned counsel, and in response to this Court's Order to Show Cause Re: Dismissal For Lack Of Prosecution dated June 5, 2018 [ECF 16], hereby states as follows:

1. On May 1, 2018, Plaintiff filed his Complaint against Defendants Daniel Jung and T. Valfrid Anderson both individually and dba ANDERSON & JUNG, ("Defendants") [ECF 1].

2. On May 14, 2018, Defendants were served with the Summons and a copy of the Complaint by personal service, by serving Douglas Palmer, authorized agent [ECF 14 & 15].

3. Plaintiff intends to continue his pursuit of this matter and filed a motion for Clerk's Default on June 14, 2018 [ECF17] and upon issuance of Clerk's default will subsequently file an application for default judgment by the Court.

4. Plaintiff respectfully requests that the Court not dismiss this action for lack of prosecution and apologizes for any delay or inconvenience this has caused the Court.

DATED: June 14, 2018

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
Attorneys for Plaintiff Robert Skazel