# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SKAZEL<br><br>PLAINTIFF(S)<br><br>v.<br><br>THOMAS VALFRID ANDERSON, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18–cv–03669–PA–AGR<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above–entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Thomas Valfrid Anderson individually doing business as Anderson and Jung

Daniel Jung individually doing business as Anderson and Jung


                                                            Clerk, U.S. District Court

  June 15, 2018                                       By  /s/ *Margo Mead*
Date                                                          Deputy Clerk