UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3669 PA (AGRx) | Date | June 15, 2018 |
|---|---|---|---|
| Title | Robert Skazel v. Thomas Valfrid Anderson, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **IN CHAMBERS**

On June 14, 2018, the plaintiff filed a request for entry of default by clerk against the interests of all other potential claimants.  Default by clerk was entered on June 15, 2018.  Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before July 16, 2018.  Failure to file said dispositive motion by July 16, 2018, will result in dismissal without further notice by the Court.

|  | : |  |
|---|---|---|
| Initials of Preparer | | KSS |