1   Jonah A. Grossbardt (State Bar No. 283584)
    **SRIPLAW, P.A.**
2   1801 Century Park East
    Suite 1100
3   Los Angeles, CA  90067
    323.364.6565 – Telephone
4   561.404.4353 – Facsimile
    jonah.grossbardt@sriplaw.com
5
    Attorneys for Plaintiff
6   ROBERT SKAZEL

7            **UNITED STATES DISTRICT COURT**

8          **NORTHERN DISTRICT OF CALIFORNIA**

9

10  ROBERT SKAZEL,                    ) Case No.:  2:18-cv-03669-PA
                                      )
11            Plaintiff,              ) The Honorable Percy Anderson
                                      )
12       vs.                         ) **DECLARATION OF JONAH. A.**
                                      ) **GROSSBARDT IN SUPPORT**
13  THOMAS VALFRID ANDERSON           ) **OF PLAINTIFF ROBERT**
    and DANIEL JUNG, both             ) **SKAZEL'S APPLICATION**
14  individually and dba ANDERSON &   ) **FOR MOTION FOR DEFAULT**
    JUNG,                             ) **JUDGMENT AGAINST**
15                                    ) **THOMAS VALFRID**
              Defendants.            ) **ANDERSON AND DANIEL**
16                                    ) **JUNG BOTH INDIVIDUALLY**
                                      ) **AND DBA ANDERSON & JUNG**
17                                    )
                                      ) Date:  August 13, 2018
18  _____ ) Time:  1:30 p.m.
                                      ) Courtroom: 9A - 9th Floor
19

20

21                                        Declaration Of Jonah. A. Grossbardt In Support Of
                                            Plaintiff's Motion For Default Judgment
                                                    Against Defendants
                                                     2:18-cv-03669-PA

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

1.      I am an attorney at law duly licensed to practice before all courts of the State of California. I am an attorney with the law firm SRIPLAW, P.A., and am counsel of record for Plaintiff Robert Skazel ("Plaintiff").  I provide this declaration in support of Plaintiff's Application for Motion for Default Judgment Against Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung ("Motion").  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.      Plaintiff completed service of process on Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung ("Defendants") on May 14, 2018 by personal service, pursuant to California Code of Civil Procedure ("C.C.P.") § 415.10(a) and C.C.P. § 1011(a) and Rules 4(h)(1)(A) and 4(e)(1) of the Federal Rules of Civil Procedure.  On May 14, 2018, Plaintiff personally delivered a copy of the summons and complaint to Defendants' authorized agent for service at Defendants' offices located at Union Bank Plaza, 31st Floor, 445 South Figueroa Street, Los Angeles California. *See* Dkt. Nos. 14 & 15.  A true and correct copy of Plaintiff's Proofs of Service, which were filed in this action at Dkt. Nos. 14 & 15 is attached as **Exhibit A** and incorporated herein by reference.

Declaration Of Jonah. A. Grossbardt In Support Of
Plaintiff's Motion For Default Judgment
Against Defendants
2:18-cv-03669-PA

3.     Defendants' deadline to respond to the complaint was June 4, 2018, calculated as 21 days after service was completed on May 14, 2018. *See* Fed. R. Civ. P. 12(a).  Defendants have not responded to the complaint or otherwise appeared in this matter.  Attached as **Exhibit B** is a printout from the docket in this case showing that Defendants have not filed a response to the Complaint.  The Court Ordered default on Defendants for their failure to appear on June 15, 2018.

4.     Defendant Thomas Valfrid Anderson to the best of my knowledge is not a minor, nor an incompetent, nor in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

5.     Defendant Daniel Jung to the best of my knowledge is not a minor, nor an incompetent, nor in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

6.     Anderson & Jung to the best of my knowledge is not a minor, nor an incompetent, nor in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

7.     My office caused a copy of Plaintiff's Motion to be mailed to Defendants on July 13, 2018 at their current business address of Union Bank Plaza, 31st Floor, 445 S Figueroa Street, Los Angeles, California 90071.

Declaration Of Jonah. A. Grossbardt In Support Of
Plaintiff's Motion For Default Judgment
Against Defendants
2:18-cv-03669-PA

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

1    8.    Plaintiff has served Defendants with his requested damage

2    amount with his counsel's service of this Motion on Defendants.

3    9.    SRIPLAW, P.A. ("SRIPLAW") generates billing summaries on

4    a regular basis, which include billing times, work descriptions, and costs

5    paid by the firm to third parties on behalf of the firm's clients.  My

6    colleagues and I adhered to SRIPLAW's billing procedures in tracking and

7    entering the costs paid by the firm in connection with this matter. Attached

8    as **Exhibit C** is a true and correct copy of excerpts from a billing summary

9    for this matter, which reflect the costs that SRIPLAW has incurred.  As

10    Exhibit C shows, in total, Plaintiff has incurred $690.69 in costs in

11    connection with litigating this case against Defendants.

12    10.    On September 19, 2017, I sent a demand letter on behalf of

13    Robert Skazel to Daniel Jung at their offices, a true and correct copy of

14    which is attached hereto as **Exhibit D**.

15    11.    On January 4, 2018, I sent a follow up letter to Daniel Jung and

16    Thomas Valfrid Anderson at their offices, a true and correct copy of which

17    is attached hereto as **Exhibit E**.

18    12.    At some point between September 19, 2017 and October 2,

19    2017, Defendants took down Plaintiff's image from their website.

20    13.    Defendants never made any offers to compensate Plaintiff.

21

Declaration Of Jonah. A. Grossbardt In Support Of
Plaintiff's Motion For Default Judgment
Against Defendants
2:18-cv-03669-PA

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

1       14.     The Euro traded in the $1.173771 conversion to U.S. Dollars

2   range on July 11, 2018.  A true and correct copy of the conversion rate is

3   attached hereto and marked **Exhibit F**.

4   I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct.  Executed this 13th day of

6   July 2018, at Los Angeles, California.

7

8                                               /s/ *Jonah A. Grossbardt*
                                                JONAH A. GROSSBARDT
9                                               **SRIPLAW, P.A.**
                                                Attorneys for Plaintiff Robert Skazel
10

11

12

13

14

15

16

17

18

19

20

21

                            Declaration Of Jonah. A. Grossbardt In Support Of
                            Plaintiff's Motion For Default Judgment
                            Against Defendants
                            2:18-cv-03669-PA