# EXHIBIT A

Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460 561 533-0330

## Return of Service

Case No: 2:18 cv 3669 PA AGR                 Court: United States District, Central California

Plaintiff: ROBERT SKAZEL

Defendant: THOMAS VALFRID ANDERSON and DANIEL JUNG
both individually and dba Anderson & Jung

Hearing Date: 21 days
Writ: Summons, Amended Complaint for Copyright Infringement,
Exhibits, Notice to Parties of Court-Directed ADR Program,
Standing Order
For: Jonah A Grossbardt, Esq
Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:                 MR DANIEL JUNG
Union Bank Plaza, 31 floor
445 South Figueroa Street, Los Angeles, California  90001

Majestic Process received this process on May 1, 2018 at 3:00 p.m.

I, _____Tamar Ravid_____, executed service on _____May 14_____ 20 18 .
at ___3:00___ am/pm.
I delivered a copy of this process in accordance with state statutes in the manner below:

____INDIVIDUAL SERVICE: Served the within named person.

✓ SUBSTITUTE SERVICE: Served____Douglas Palmer____ as
_____Authorized Agent_____

____OTHER SERVICE: Served _____ as
_____

____NON SERVICE: For the reasons in the comments below.

DESCRIPTION:  sex _M_ age _50_ race _White_ height _6'1_ weight _190_ hair _Grey_
eyes _Brown_ other marks _____
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the
jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the
foregoing Return of Service are true and correct.

_____Tamar Ravid_____
Process Server # _5967_
In Good Standing in the Court
in which this was served

Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460 561 533-0330

## Return of Service

Case No: 2:18 cv 3669 PA AGR

Court: United States District, Central California

Plaintiff: ROBERT SKAZEL

Defendant: THOMAS VALFRID ANDERSON and DANIEL JUNG
both individually and dba Anderson & Jung

Hearing Date: 21 days
Writ: Summons, Amended Complaint for Copyright Infringement,
Exhibits, Notice to Parties of Court-Directed ADR Program,
Standing Order
For: Jonah A Grossbardt, Esq
Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:        MR THOMAS VALFRID ANDERSON
Union Bank Plaza, 31 floor
445 South Figueroa Street, Los Angeles, California 90001

Majestic Process received this process on May 1, 2018 at 3:00 p.m.

I, __Tamar Rawid__, executed service on ___May   14___ 2018 .
at __3:00__ am/pm)
I delivered a copy of this process in accordance with state statutes in the manner below:

____ INDIVIDUAL SERVICE: Served the within named person.

✓ SUBSTITUTE SERVICE: Served __Dougles Palmer__ as
__Authorized   Agent__

____ OTHER SERVICE: Served _____ as
_____

____ NON SERVICE: For the reasons in the comments below.

DESCRIPTION: sex __M__ age __50__ race __White__ height __6'1__ weight __190__ hair __Grey__
eyes __Brown__ other marks _____

COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the
jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the
foregoing Return of Service are true and correct.

Tamar Rawid

Process Server # __5967__
In Good Standing in the Court
in which this was served