# EXHIBIT B

ACCO,(AGRx),AO121,DISCOVERY,MANADR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:18-cv-03669-PA-AGR

| | |
|---|---|
| Robert Skazel v. Thomas Valfrid Anderson et al | Date Filed: 05/01/2018 |
| Assigned to: Judge Percy Anderson | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Alicia G. Rosenberg | Nature of Suit: 820 Copyright |
| Cause: 17:501 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Robert Skazel**     represented by    **Jonah Adam Grossbardt**
SRIPLAW, P.A.
1801 Century Park East
Suite 100
Los Angeles, CA 90067
323-364-6565
Fax: 561-404-4353
Email: jonah.grossbardt@sriplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas Valfrid Anderson**
*individually*
*doing business as*
Anderson and Jung

**Defendant**

**Daniel Jung**
*individually*
*doing business as*
Anderson and Jung

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2018 | 1 | COMPLAINT Receipt No: 0973-21680873 - Fee: $400, filed by Plaintiff Robert Skazel. (Attachments: # 1 Exhibit 1 - Registration, # 2 Exhibit 2 - Infringement) (Attorney Jonah Adam Grossbardt added to party Robert Skazel(pty:pla))(Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 2 | CIVIL COVER SHEET filed by Plaintiff Robert Skazel. (Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Robert Skazel (Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Robert Skazel. (Attachments: # 1 Summons)(Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 5 | CERTIFICATE of Interested Parties filed by Plaintiff Robert Skazel, (Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 6 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by Robert Skazel. (Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 7 | First AMENDED COMPLAINT against Defendant Thomas Valfrid Anderson, Daniel Jung amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiff Robert Skazel (Attachments: # 1 Exhibit 1 - Registration, # 2 Exhibit 2 - Infringement)(Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/01/2018 | 8 | *Amended* CERTIFICATE of Interested Parties filed by Plaintiff Robert Skazel, (Grossbardt, Jonah) (Entered: 05/01/2018) |
| 05/02/2018 | 9 | NOTICE OF ASSIGNMENT to District Judge Percy Anderson and Magistrate Judge Alicia G. Rosenberg. (ghap) (Entered: 05/02/2018) |
| 05/02/2018 | 10 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 05/02/2018) |
| 05/02/2018 | 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Thomas Valfrid Anderson. (ghap) (Entered: 05/02/2018) |
| 05/02/2018 | 12 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Daniel Jung. (ghap) (Entered: 05/02/2018) |
| 05/02/2018 | 13 | STANDING ORDER upon filing of the complaint by Judge Percy Anderson. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge Percy AndersonAll counsel are ordered to familiarize themselves with the Federal Rules of CivilProcedure and the Local Rules of the Central District of California. (rfi) (Entered: 05/02/2018) |
| 05/16/2018 | 14 | PROOF OF SERVICE Executed by Plaintiff Robert Skazel, upon Defendant Daniel Jung served on 5/14/2018, answer due 6/4/2018. Service of the Summons and Complaint were executed upon Daniel Jung in compliance with California Code of Civil Procedure by substituted service at business address and no service by mail was executed.Original Summons NOT returned. (Grossbardt, Jonah) (Entered: 05/16/2018) |
| 05/16/2018 | 15 | PROOF OF SERVICE Executed by Plaintiff Robert Skazel, upon Defendant Thomas Valfrid Anderson served on 5/14/2018, answer due 6/4/2018. Service of the Summons and Complaint were executed upon Thomas Valfrid Anderson in compliance with California Code of Civil Procedure by substituted service at business address and no service by mail was executed.Original Summons NOT returned. (Grossbardt, Jonah) (Entered: 05/16/2018) |
| 06/05/2018 | 16 | MINUTE ORDER IN CHAMBERS by Judge Percy Anderson: Order to Show Cause Re: Dismissal For Lack Of Prosecution Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). In the present case, it appears that this time period has not been met. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before June 15, 2018 why this actionshould not be dismissed for lack of prosecution. (rfi) (Entered: 06/06/2018) |
| 06/14/2018 | 17 | NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendants All Defendants filed by Plaintiff Robert Skazel. (Attachments: # 1 Declaration Jonah A. Grossbardt Declaration, # 2 Exhibit A) (Grossbardt, Jonah) (Entered: 06/14/2018) |
| 06/14/2018 | 18 | RESPONSE filed by Plaintiff Robert Skazelto Minutes of In Chambers Order/Directive - no proceeding held,, 16 (Grossbardt, Jonah) (Entered: 06/14/2018) |
| 06/15/2018 | 19 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Thomas Valfrid Anderson individually doing business as Anderson and Jung, Daniel Jung individually doing business as Anderson and Jung. (mrgo) (Entered: 06/15/2018) |
| 06/15/2018 | 20 | MINUTE ORDER IN CHAMBERS by Judge Percy Anderson. On June 14, 2018, the plaintiff filed a request for entry of default by clerk against the interests of all other potential claimants. Default by clerk was entered on June 15, 2018. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before July 16, 2018. Failure to file said dispositive motion by July 16, 2018, will result in dismissal without further notice by the Court. (lom) (Entered: 06/15/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/13/2018 17:18:42 | | | |
| **PACER Login:** | jgrossbardt:5164990:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-03669-PA-AGR End date: 7/13/2018 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |