# EXHIBIT C

**SRIPLAW, P.A.**

4651 N Federal Hwy
Boca Raton, Florida 33431

| | | |
|---|---|---|
| **Submitted to:** | **Anderson & Jung**<br>Our ref: 00293-0001 | **Invoice 31849**<br>July 12, 2018 |

Attn: Robert Skazel

Items through July 12, 2018

### Additional Charges

| Date | Who | Matter | Description | Total |
|---|---|---|---|---|
| 5/1/2018 | KA | 00293-0001 | Disbursement to courier for shipment of documents to chambers | 49.14 |
| 5/1/2018 | JCJ | 00293-0001 | Filing Fee for New Complaint | 400.00 |
| 5/16/2018 | KA | 00293-0001 | Fee for service of process-2 defendants-SR2018-67 | 206.70 |
| 6/15/2018 | KA | 00293-0001 | Disbursement to courier for shipment of documents-14860-Online Legal Courier | 14.95 |
| 7/12/2018 | KA | 00293-0001 | Disbursement to courier to serve motion on defendants | 19.90 |
| | | | **Additional Charges** | **$690.69** |
| | | | **Total Additional Charges** | **$690.69** |

**Please Pay This Amount:**   $690.69

**Payment Terms:**   DUE ON RECEIPT