# EXHIBIT D

# SAVUR THREADGOLD LLP
ATTORNEYS AT LAW

September 19, 2017

**VIA FedEx and Email**
Mr. Daniel Jung (Sent Via Email To: juindjung@gmail.com)
Anderson & Jung
Union Bank Plaza
445 S. Figueroa St., 31st Floor
Los Angeles, CA 90071

RE: **Copyright Infringement of Photographic Image**

Mr. Jung:

This firm represents Robert Skazel ("Photographer"), who is a professional artist and earns a living by providing photography services to third parties and licensing photographs for various uses. Photographer owns and/or controls the exclusive rights to the photograph (the "Infringed Work") found on Exhibit A, attached hereto. It has recently come to our client's attention that without authorization, Anderson & Jung (individually and collectively, "you"), has commercially exploited the Infringed Work by featuring it on your website (individually and collectively, the "Infringing Use"). Attached as Exhibit B, please find a copy of the Infringing Use. Please also be advised that taking down the Infringing Use does not absolve you of liability and our office has electronically saved instances of the Infringing Use for the preservation of evidence in the event of litigation. This demand is privileged from disclosure pursuant to FRE Rule 408. Please provide this letter to your general liability carriers or other providers of insurance that may cover this claim.

Accordingly, you have made wrongful and unauthorized use of the Infringed Work constituting an infringement of Photographer's copyrights in violation of the United States Copyright Act, 17 U.S.C. § 101, et seq., as well as other common law and statutory rights, by reproducing, displaying, distributing, altering, and otherwise commercially exploiting the Infringed Work via, at minimum, the Infringing Use. This blatant unauthorized use of the Infringed Work constitutes knowing, willful, and flagrant violations of our client's rights in and to the Infringed Work and makes you subject to the many remedies available to our client, including, without limitation, an award of damages, statutory damages (which are up to $150,000 per instance pursuant to 17 U.S.C § 504), punitive damages, payments of attorneys' fees, and the entry of immediate and permanent injunctive relief. Additionally, please be advised that the Infringed Work is registered before the United States Copyright office, Reg. No: VA 2-056-819.

Demand is accordingly made that you and all of your agents, affiliates, or licensees:

1. Immediately and permanently cease and desist from the reproduction, display, distribution, and other exploitation of the Infringed Work, both physically and digitally, and any other unauthorized uses of Photographer's owned and/or controlled property;

2. Immediately provide our office with:

(a) all documentation of all licenses, agreements, and other authorizations, if any, by or pursuant to which you claim any rights to reproduce, display, distribute, or otherwise exploit the Infringed Work. To be clear, our client has no record of you having a license to use the Infringed Work but if you believe you have a license, we will of course review the same;

**SAVUR THREADGOLD LLP**
10250 Constellation Blvd. Ste. 100 Los Angeles, California 90067
p. 646.475.2515 | info@savurlaw.com

Mr. Daniel Jung
September 19, 2017
Page 2 of 2

      (b)    the identity, including the names, addresses, phone numbers, and email addresses, of all parties associated with your use of the Infringed Work, including, without limitation, the individual who initially found the Infringed Work, any third-party designer or advertising agency associated with the Infringing Use, and all other manufacturers, vendors, persons, or entities involved in the reproduction, display, distribution, or exploitation of the Infringed Work;

      (c)    a copy of all accountings, books, records, and statements related to the reproduction, display, distribution, or other exploitation of the Infringed Work, including, without limitation, related to the Infringing Use;

      (d)    a list of all other uses of the Infringed Work not contained on Exhibit B;

      (e)    a list of all other uses of Photographer owned or controlled images exploited by you, or your affiliates, not referenced on Exhibit A or B, and copies of all webpages, videos, advertisements, or other materials related to the same;

      (f)    a representation that all activity, whether commercial or non-commercial, with respect to the Infringed Work ceased immediately upon receipt of this correspondence, if not prior thereto, and will not be resumed in the future absent written authorization from Photographer; and

      (g)    a representation that the information furnished to our office pursuant to the foregoing is true and accurate.

      3.    Permanently preserve any and all documents and records relating to this matter, including, without limitation, all physical records or electronic data which may be relevant and/or discoverable in the event of litigation. The failure to preserve such information pertaining to this matter will be considered spoliation of evidence and could subject all applicable parties to additional civil liability.

      4.    Make payment to Photographer in an amount to be determined, pending review of a complete accounting of the books and records regarding the exploitation of the Infringed Work.

You may contact our office by email at JG@savurlaw.com to set up a time to discuss settlement without prejudice or discuss any other inquiry that you may have regarding this matter. Absent your response in fifteen (15) days from the date of this correspondence, Photographer will be forced to consider pursuing any and all remedies which may be available at law and/or in equity including commencing litigation.

This correspondence is a confidential settlement communication and is not intended to be a complete recitation of the facts or circumstances relevant to this matter. Nothing herein will be deemed an admission or waiver of any of Photographer's rights or remedies. All rights and remedies are expressly reserved and none are waived.

      Regards,

      /s/ Jonah Grossbardt
      Savur Threadgold LLP

**SAVUR THREADGOLD LLP**
10250 Constellation Blvd. Ste. 100 Los Angeles, California 90067
p. 646.475.2515 | info@savurlaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayyn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-056-819**

**Effective Date of Registration:**
August 25, 2016

## Title

Title of Work: 11 Minutes Of Fame

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: January 24, 2012
Nation of 1st Publication: Germany

## Author

- Author: Robert Skazel
  Author Created: photograph
  Citizen of: Germany
  Domiciled in: Germany
  Year Born: 1968

## Copyright Claimant

Copyright Claimant: Robert Skazel
Hanauer Landstrasse 184, Frankfurt, 60314, Germany

## Rights and Permissions

Organization Name: Pixsy Inc
Email: info@pixsy.com
Telephone: (323)417-2088
Alt. Telephone: (323)417-2088
Address: 340 S Lemon Ave #5514N
Walnut, CA 91789 United States

## Certification

Name: Barbara Konecny
Date: August 25, 2016

Page 1 of 2

# EXHIBIT A



# EXHIBIT B

www.andersonjung.com

    2. Intermediate Services: Here we offer all the services as the entry level service however we will take a small retainer to allow more frequent communication on single issues of your case and you would use our own "in-house" paralegal. We again would not be the attorney of record, but working with our own paralegals, we would be spending more time reviewing the paperwork. For intermediate service, the hourly rate is $150 an hour and our paralegals are billed out at $75 an hour.

    3. Full Services: This is the more traditional way to hire an attorney and will be necessary if you or your spouse begins to fight or if the matter is complicated. We will become the attorneys of record in the case and appear in court and in other legal proceedings on your behalf. Depending upon the level of attorney or paralegal involved, we would need to bill you by the hour at rates ranging from $80 an hour to $400 an hour. We would need to obtain a retainer in advance from you.

A divorce is not a pleasant experience, even when everything goes smoothly. It is however part of the responsibilities that come with the rights and privileges of marriage. If it is necessary, we would be happy to help you and to make the process as affordable and smooth as possible. You don't need to fight!

  

Union Bank Plaza 445 S. Figueroa St. 31st Floor, Los Angeles, CA 90071      Ph: (213) 612-7773

www.andersonjung.com/uploads/3/5/9/5/3595885/6048002.jpg?325

