# **EXHIBIT E**



Jonah A. Grossbardt
Attorney

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

January 4, 2018

**VIA CERTIFID MAIL, RETURN RECEIPT REQUESTED and EMAIL:  juindjung@gmail.com**
Mr. Daniel Jung and Mr. T. V. Anderson
Anderson & Jung
Union Bank Plaza, 31st Floor
445 South Figueroa Street
Los Angeles, CA 90001

Re:   Robert Skazel v. Anderson & Jung
      Our File No.: 00293-0001

Dear Mr. Jung and Mr. Anderson,

We are in receipt of your letter dated October 2, 2017.  You allege that the photograph in question that was used on your website was not our client's photograph, but it was a photograph taken by a different photographer.   Please provide us with the name of the photographer and a copy of the copyright registration certificate for the image you allege you used for your website, as well as documentation of your review of the metadata associated with the file.

If we do not receive a response from you by January 18, 2018, we will be forced to assume that your use violated the law and we will take further steps to protect our client's rights.  We look forward to your prompt response.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Jonah A. Grossbardt

JAG/jcj