Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
ROBERT SKAZEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SKAZEL, | ) Case No.: 3:18-cv-03669-PA |
| Plaintiff, | ) The Honorable Percy Anderson |
| vs. | ) **DECLARATION OF ROBERT SKAZEL IN SUPPORT OF APPLICATION FOR MOTION FOR DEFAULT JUDGMENT AGAINST THOMAS VALFRID ANDERSON AND DANIEL JUNG BOTH INDIVIDUALLY AND DBA ANDERSON & JUNG** |
| THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG, | |
| Defendants. | |
| | ) Date: August 20, 2018 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9A - 9th Floor |

I, Robert Skazel, declare as follows:

1. I am a professional photographer who resides in Germany. I am the plaintiff in the above-referenced action. I am an experienced

Declaration Of Robert Skazel In Support Of Application for Motion
For Default Judgment Against Defendants
3:18-cv-03669-PA

PAGE NO 1 of 4

1  photographer.  The following is of my own personal knowledge, and if

2  called as a witness in this matter, I could and would competently testify

3  thereto.

4    2. Among my many copyrighted photographs is an image entitled

5  "11 Minutes of Fame" taken in 2011 (the "Copyrighted Work").  I am the

6  exclusive owner of the copyrights in and to the Copyrighted Work.  To

7  create this photograph, I invested hours of time and effort on the photo shoot

8  itself and in later production enhancing the quality of the image.

9    3. Effective as August 25, 2016, I obtained a registration with the

10  United States Copyright Office for "11 Minutes of Fame" (Registration

11  Number VA 2-056-819), which covers the Copyrighted Work.  Attached as

12  Exhibit 1 to the Complaint filed on my behalf in this action is a true and

13  accurate copy of the certificate of registration with the Copyright Office,

14  identified as Registration Number VA 2-056-819.

15    4. The Complaint in paragraph 15 is a true and accurate copy of

16  the Copyrighted Work which was submitted with the application for

17  registration that resulted in Registration Number VA 2-056-819 by the

18  Copyright Office.

19    5. I own all rights, title, and interest, including copyrights, in and

20  to the Copyrighted Work.

21

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

Declaration Of Robert Skazel In Support Of Application for Motion
For Default Judgment Against Defendants
3:18-cv-03669-PA

PAGE NO 2 of 4

6. I have sold this photograph as a print for €100,000.00 which coverts to $117,377.10.

7. Had Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung ("Defendants") requested a license to reproduce I would have declined and told them the work is for sale for €100,000 which converts to $117,377.10.

8. I first learned of Defendant's unauthorized use of my Copyrighted Work on February 23, 2016.

9. A significant portion of the revenue I generate from my photography work comes from selling art prints. The ability of someone like Defendants to reproduce, distribute and display the Copyrighted Work for their own commercial benefit without compensation to me greatly impairs the market value of the Copyrighted Work.

10. To the best of my knowledge Defendant Thomas Valfrid Anderson is not a minor, incompetent person, or a member of the military or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

11. To the best of my knowledge Defendant Daniel Jung is not a minor, incompetent person, or a member of the military or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

Declaration Of Robert Skazel In Support Of Application for Motion
For Default Judgment Against Defendants
3:18-cv-03669-PA

PAGE NO 3 of 4

SRIPLAW, P.A.
LOS ANGELES, CALIFORNIA

12. To the best of my knowledge Anderson & Jung is not a minor, incompetent person, or a member of the military or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of July 2018, at Frankfurt _____, Germany.

DocuSigned by:

*Robert Skazel*

Robert Skazel

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

Declaration Of Robert Skazel In Support Of Application for Motion For Default Judgment Against Defendants
3:18-cv-03669-PA

PAGE NO 4 of 4