# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SKAZEL, | ) Case No.: 2:18-cv-03669-PA |
| | ) |
| Plaintiff, | ) The Honorable Percy Anderson |
| | ) |
| vs. | ) **[PROPOSED] ORDER** |
| | ) **GRANTING PLAINTIFF** |
| THOMAS VALFRID ANDERSON | ) **ROBERT SKAZEL'S** |
| and DANIEL JUNG, both | ) **APPLICATION FOR MOTION** |
| individually and dba ANDERSON & | ) **FOR DEFAULT JUDGMENT** |
| JUNG, | ) **AGAINST THOMAS VALFRID** |
| | ) **ANDERSON and DANIEL** |
| Defendants. | ) **JUNG, both individually and dba** |
| | ) **ANDERSON & JUNG** |
| | ) |
| | ) Date: August 13, 2018 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 9A –9th Floor |

On June 15, 2018, this Court entered default against Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung ("Defendants").  *See* Dkt. Nos. 14 & 15.  On July 13, 2018, Plaintiff Robert Skazel ("Plaintiff") moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).  After considering all papers and matters presented and for good cause shown, IT IS ORDERED THAT:

1. Plaintiff's Motion for Default Judgment is GRANTED.

2. Defendants pay Plaintiff $117,377.10 in actual damages as a result of their infringement; and

3. Defendant pay $690.69 in costs to Plaintiff.

The Court will enter judgment consistent with this Order.

**IT IS SO ORDERED.**

Dated:_____    _____
The Honorable Percy Anderson
United States District Court Judge