1  Jonah A. Grossbardt (State Bar No. 283584)
   **SRIPLAW, P.A.**
2  1801 Century Park East
   Suite 1100
3  Los Angeles, CA  90067
   323.364.6565 – Telephone
4  561.404.4353 – Facsimile
   jonah.grossbardt@sriplaw.com
5
   Attorneys for Plaintiff
6  ROBERT SKAZEL

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10  ROBERT SKAZEL,                    ) Case No.:  2:18-cv-03669-PA
                                      )
11           Plaintiff,               )
                                      )
12       vs.                          ) **CERTIFICATE OF SERVICE**
                                      )
13  THOMAS VALFRID ANDERSON           )
    and DANIEL JUNG, both             )
14  individually and dba ANDERSON &   )
    JUNG,                             )
15                                    )
             Defendants.              )
16                                    )
                                      )
17                                    )
                                      )
18                                    )
    _____    )
19

20

21

SRIPLAW, P.A.
LOS ANGELES, CALIFORNIA

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July 2018, I served:

1. Plaintiff Robert Skazel's Notice of Application and Application for Default Judgment against Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung; Memorandum and Points and Authorities;
2. Declaration of Robert Skazel in Support of Plaintiff's Motion for Default Judgment;
3. Declaration of Jonah A. Grossbardt in Support of Plaintiff's Motion for Default Judgment;
4. [Proposed] Order granting Plaintiff Robert Skazel's Motion for Default Judgment against Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung

on the parties listed as follows:

| *Defendant Thomas Valfrid Anderson* | *Defendant Daniel Jung* |
|---|---|
| Union Bank Plaza, 31st Floor | Union Bank Plaza, 31st Floor |
| 445 S Figueroa Street | 445 S Figueroa Street |
| Los Angeles, California 90071 | Los Angeles, California 90071 |

via FedEx Express Saver Delivery Service.

/s/ Jonah A. Grossbardt
Jonah A. Grossbardt

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA