Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
ROBERT SKAZEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT SKAZEL,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JUNG AND T. VALFRID ANDERSON both individually and dba ANDERSON & JUNG,<br><br>Defendants. | Case No.: 2:18-cv-03669-PA (AGRx)<br><br>**STATEMENT OF NON-OPPOSITION TO VACATE DEFAULT JUDGMENT**<br><br>Date: September 10, 2018<br>Time: 1:30 pm<br>Place: Courtroom 9(A)<br><br>Honorable Percy Anderson |

　　　　Plaintiff Robert Skazel ("Plaintiff"), by and through his undersigned counsel, hereby submits this statement of non-opposition to defendants Daniel Jung and T. Valfrid Anderson both individually and dba Anderson & Jung's ("Defendants") motion to vacate default.

To conserve the parties' and the Court's time and resources, Plaintiff does not oppose the motion to vacate default. Plaintiff and his counsel vehemently dispute the assertions in this filing. Plaintiff disputes that Defendants have valid defenses to Plaintiff's claim for copyright infringement and expressly reserves his rights to rebut them during the course of the litigation.

DATED: August 20, 2018          */s/ Jonah A. Grossbardt*
                                JONAH A. GROSSBARDT
                                **SRIPLAW, P.A.**
                                Attorneys for Plaintiff Robert Skazel

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA & BOCA RATON, FLORIDA

2

2:18-cv-03669-PA-AGR