Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
ROBERT SKAZEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT SKAZEL,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG,<br><br>Defendants. | Case No.:  2:18-cv-03669-PA (AGRx)<br><br>**DECLARATION OF JONAH A. GROSSBARDT** |

I, Jonah A. Grossbardt, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff Robert Skazel ("Plaintiff") in the above-captioned matter.  I make this Declaration, which is filed in support of Plaintiff's Motion to Extend Time for

1

Service on Defendants Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson and Jung (collectively "Defendants").

2. On October 1, 2018, Plaintiff's counsel and Defendants' counsel met and conferred about Plaintiff's Motion to Extend Time for Service on Defendants and Defendants' counsel would not agree to waive or accept service.

3. On September 27, 2018, Defendants' counsel confirmed that they were going to contest service. Attached hereto as Exhibit "1" is a true and correct copy of the email stating that Defendants were going to contest service.

4. On May 1, 2018, Plaintiff filed his Amended Complaint against Defendants. [ECF 7].

5. On September 28, 2018, I caused my office to mail the Defendants via Federal Express a waiver of service and it was received by Defendants on October 3, 2018. Attached as Exhibit "2" is a true and correct copy of the email confirmation from Federal Express.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 8, 2018 at Los Angeles, California.

DATED: October 8, 2018     */s/ Jonah A. Grossbardt*
                                                                JONAH A. GROSSBARDT