# EXHIBIT 1

| | |
|---|---|
| **From:** | Daniel "Juin" Jung |
| **To:** | Jonah Grossbardt |
| **Subject:** | Re: Meet and Confer |
| **Date:** | Thursday, September 27, 2018 9:43:30 PM |

Of course we're contesting service.

On Thu, Sep 27, 2018, 4:05 PM Jonah Grossbardt <jonah.grossbardt@sriplaw.com> wrote:

Hi Daniel,

I wanted to follow up on this email. Are you still going to contest service?

Best,

Jonah

**From:** Jonah Grossbardt
**Sent:** Tuesday, September 25, 2018 3:01 PM
**To:** 'Daniel "Juin" Jung' <daniel@andersonjung.com>
**Subject:** RE: Meet and Confer

Hi Daniel,

Thank you for getting back to me. Would this agreement include resolving your service issue as well? If you are agreeable to resolving the service issue I can send you a copy of the Complaint via email.

Best,

Jonah

**From:** Daniel "Juin" Jung <daniel@andersonjung.com>
**Sent:** Tuesday, September 25, 2018 12:55 PM
**To:** Jonah Grossbardt <jonah.grossbardt@sriplaw.com>
**Subject:** Re: Meet and Confer