# EXHIBIT 2

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | Jamie James |
| Subject: | FedEx Shipment 773351981399 Delivered |
| Date: | Wednesday, October 03, 2018 12:55:20 PM |

FedEx®

# Your package has been delivered

## Tracking # 773351981399

| Ship date: | Delivery date: |
|---|---|
| Fri, 9/28/2018 | Wed, 10/3/2018 12:51 pm |

| Jamie James | | Thomas V. Anderson |
|---|---|---|
| Boca Raton, FL 33431 | Delivered | Anderson & Jung |
| US | | 31st Floor |
| | | 445 South Figueroa Street |
| | | LOS ANGELES, CA 90071 |
| | | US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| Tracking number: | 773351981399 |
|---|---|
| Status: | Delivered: 10/03/2018 12:51 PM Signed for By: D.WALKER |
| Reference: | 00293-0001 |
| Signed for by: | D.WALKER |
| Delivery location: | LOS ANGELES, CA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Express Saver® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.00 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| Standard transit: | 10/3/2018 by 4:30 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:55 PM CDT on 10/03/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Jamie James |
| **Subject:** | FedEx Shipment 773351999313 Delivered |
| **Date:** | Wednesday, October 03, 2018 12:55:18 PM |

FedEx®

# Your package has been delivered

## Tracking # 773351999313

Ship date:
Fri, 9/28/2018

Jamie James
Boca Raton, FL 33431
US

Delivered

Delivery date:
Wed, 10/3/2018 12:51 pm

Daniel Jung
Anderson & Jung
31st Floor
445 South Figueroa Street
LOS ANGELES, CA 90071
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 773351999313 |
| Status: | Delivered: 10/03/2018 12:51 PM Signed for By: D.WALKER |
| Reference: | 00293-0001 |
| Signed for by: | D.WALKER |
| Delivery location: | LOS ANGELES, CA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Express Saver® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.00 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| Standard transit: | 10/3/2018 by 4:30 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:55 PM CDT on 10/03/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.