# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT SKAZEL,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG,<br><br>Defendants. | Case No.: 2:18-cv-03669-PA (AGRx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Place: Courtroom Room 9(A)<br>Date: November 5, 2018<br>Time: 1:30 p.m.<br><br>Honorable Percy Anderson |

On November 5, 2018, Defendants, specially appearing, moved for an order to dismiss this lawsuit pursuant to FRCP(b)(5), FRCP 12(b)(6), FRCP 12(b)(7), and to strike portions of the complaint pursuant to FRCP 12(f). After considering all papers and matters presented and for good cause shown, IT ORDERED THAT: Defendants' motion to dismiss for insufficiency of process under FRCP 12(b)(5) is DENIED.

IT IS SO ORDERED.

Dated:_____

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE