J. Daniel Jung (State Bar No. 243436)
Anderson & Jung
445 S. Figueroa St. 31st Floor
Los Angeles, California 90071
(213) 612-7773
daniel@andersonjung.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| ROBERT SKAZEL,<br><br>        Plaintiff,<br><br>    vs.<br><br>DANIEL JUNG AND THOMAS . VALFRID ANDERSON, both individually and dba ANDERSON & JUNG,<br><br>        Defendants. | Case No.: 2:18-CV-03669 PA (AGRx)<br><br>**DECLARATION OF SPECIALLY APPEARING DEFENDANT J. DANIEL JUNG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S APPLICATION TO EXTEND TIME FOR SERVICE ON DEFENDANTS THOMAS VALFRID ANDERSON and DANIEL JUNG, BOTH INDIVIDUALLY AND DBA ANDERSON & JUNG.**<br><br>Place:   Courtroom Room 9(A)<br>Date:    November 5, 2018<br>Time     1:30 p.m.<br><br>Honorable Percy Anderson |

I, J. Daniel Jung, declare:

1. I am a partner of Anderson & Jung, I have personal knowledge of the facts as stated in this declaration and, if asked to do so, I could and would competently and truthfully testify to these facts under oath.

2. The following facts are based on my personal knowledge. If called as a witness, I could and would testify competently and truthfully to them under oath.

3. Douglas Palmer does not and has never been an employee of Anderson & Jung, Thomas Valfrid Anderson, or myself.

4. I never authorized Douglas Palmer, or any other, person to act as an agent of service of process for the partnership of Anderson & Jung.

5. I never authorized Douglas Palmer, or any other person, to act as an agent of service of process for myself.

6. Thomas Valfrid Anderson never authorized Douglas Palmer, or any other person, to act as an agent of service of process for him.

7. I told Jonah. A. Grossbardt, Esq., counsel for Plaintiff, that I downloaded the image at question in this case from Wikimedia Commons which indicated that there was no fee to use the image and that the image was uploaded by Mia Weiss.

8. I have still not been properly served by Defendants.

9. **Exhibit A** are true and accurate copy ies of the docket in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 15, 2018, at Los Angeles, California.

/s/ J. Daniel Jung, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# EXHIBIT A

J. Daniel Jung (State Bar No. 243436)
Anderson & Jung
445 S. Figueroa St. 31st Floor
Los Angeles, California 90071
(213) 612-7773
daniel@andersonjung.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| ROBERT SKAZEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL JUNG AND THOMAS .<br>VALFRID ANDERSON, both<br>individually and dba<br>ANDERSON & JUNG,<br><br>　　　　Defendants. | Case No.: 2:18-CV-03669 PA (AGRx)<br><br>**DECLARATION OF SPECIALLY APPEARING DEFENDANT J. DANIEL JUNG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S APPLICATION TO EXTEND TIME FOR SERVICE ON DEFENDANTS THOMAS VALFRID ANDERSON and DANIEL JUNG, BOTH INDIVIDUALLY AND DBA ANDERSON & JUNG.**<br><br>Place:　Courtroom Room 9(A)<br>Date:　November 5, 2018<br>Time　 1:30 p.m.<br><br>Honorable Percy Anderson |

　　　I, J. Daniel Jung, declare:

1.　I am a partner of Anderson & Jung, I have personal knowledge of the facts as stated in this declaration and, if asked to do so, I could and would competently and truthfully testify to these facts under oath.

2.　The following facts are based on my personal knowledge. If called as a witness, I could and would testify competently and truthfully to them under oath.

3. I never received a copy of the summons and complaint in the above captioned case from Defendants through service or otherwise.

4. Douglas Palmer does not and has never been an employee of Anderson & Jung, Thomas Valfrid Anderson, or myself.

5. I never authorized Douglas Palmer, or any other, person to act as an agent of service of process for the partnership of Anderson & Jung.

6. I never authorized Douglas Palmer, or any other person, to act as an agent of service of process for myself.

7. I told Jonah. A. Grossbardt, Esq., counsel for Plaintiff, that I downloaded the image at question in this case from Wikimedia Commons which indicated that there was no fee to use the image and that the image was uploaded by Mia Weiss.

8. I have still not been properly served by Defendants.

9. **Exhibit A** are true and accurate copy ies of the docket in this lawsuit.


 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 15, 2018, at Los Angeles, California.

/s/ J. Daniel Jung, Esq.

1
2  # EXHIBIT A
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                      # EXHIBIT A
28

**2:18-cv-03669-PA-AGR** Robert Skazel v. Thomas Valfrid Anderson et al
Percy Anderson, presiding
Alicia G. Rosenberg, referral
**Date filed:** 05/01/2018
**Date of last filing:** 10/08/2018

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 R | *Filed & Entered:* 05/01/2018 | Complaint (Attorney Civil Case Opening) |
| | *Docket Text:* COMPLAINT Receipt No: 0973-21680873 - Fee: $400, filed by Plaintiff Robert Skazel. (Attachments: # (1) Exhibit 1 - Registration, # (2) Exhibit 2 - Infringement) (Attorney Jonah Adam Grossbardt added to party Robert Skazel(pty:pla))(Grossbardt, Jonah) | |
| 2 | *Filed & Entered:* 05/01/2018 | Civil Cover Sheet (CV-71) |
| | *Docket Text:* CIVIL COVER SHEET filed by Plaintiff Robert Skazel. (Grossbardt, Jonah) | |
| 3 R | *Filed & Entered:* 05/01/2018 | Corporate Disclosure Statement |
| | *Docket Text:* CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Robert Skazel (Grossbardt, Jonah) | |
| 4 | *Filed & Entered:* 05/01/2018 | Summons Request |
| | *Docket Text:* Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), [1] filed by Plaintiff Robert Skazel. (Attachments: # (1) Summons)(Grossbardt, Jonah) | |
| 5 R | *Filed & Entered:* 05/01/2018 | Certificate/Notice of Interested Parties |
| | *Docket Text:* CERTIFICATE of Interested Parties filed by Plaintiff Robert Skazel, (Grossbardt, Jonah) | |
| 6 | *Filed & Entered:* 05/01/2018 | Report on Filing of Copyright Action (Initial Notification) |
| | *Docket Text:* REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by Robert Skazel. (Grossbardt, Jonah) | |
| 7 | *Filed & Entered:* 05/01/2018 | Amended Complaint/Petition |
| | *Docket Text:* First AMENDED COMPLAINT against Defendant Thomas Valfrid Anderson, Daniel Jung amending Complaint (Attorney Civil Case Opening), [1], filed by Plaintiff Robert Skazel (Attachments: # (1) Exhibit 1 - Registration, # (2) Exhibit 2 - Infringement)(Grossbardt, Jonah) | |
| 8 | *Filed & Entered:* 05/01/2018 | Certificate/Notice of Interested Parties |
| | *Docket Text: Amended* CERTIFICATE of Interested Parties filed by Plaintiff Robert Skazel, (Grossbardt, Jonah) | |
| 9 | *Filed & Entered:* 05/02/2018 | Notice of Assignment to United States Judges(CV-18) - optional html form |
| | *Docket Text:* NOTICE OF ASSIGNMENT to District Judge Percy Anderson and Magistrate Judge Alicia G. Rosenberg. (ghap) | |

| | | | |
|---|---|---|---|
| 10 | *Filed & Entered:* | 05/02/2018 | Notice to Parties of Court-Directed ADR Program (ADR-8) - optional html form |
| | *Docket Text:* NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) | | |
| 11 R | *Filed & Entered:* | 05/02/2018 | Summons Issued (Attorney Civil Case Opening) |
| | *Docket Text:* 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), [1] as to Defendant Thomas Valfrid Anderson. (ghap) | | |
| 12 | *Filed & Entered:* | 05/02/2018 | Summons Issued (Attorney Civil Case Opening) |
| | *Docket Text:* 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), [1] as to Defendant Daniel Jung. (ghap) | | |
| 13 | *Filed & Entered:* | 05/02/2018 | Initial Order upon Filing of Complaint - form only |
| | *Docket Text:* STANDING ORDER upon filing of the complaint by Judge Percy Anderson. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge Percy AndersonAll counsel are ordered to familiarize themselves with the Federal Rules of CivilProcedure and the Local Rules of the Central District of California. (rfi) | | |
| 14 | *Filed & Entered:* | 05/16/2018 | Service of Summons and Complaint Returned Executed (21 days) |
| | *Docket Text:* PROOF OF SERVICE Executed by Plaintiff Robert Skazel, upon Defendant Daniel Jung served on 5/14/2018, answer due 6/4/2018. Service of the Summons and Complaint were executed upon Daniel Jung in compliance with California Code of Civil Procedure by substituted service at business address and no service by mail was executed.Original Summons NOT returned. (Grossbardt, Jonah) | | |
| 15 R | *Filed & Entered:* | 05/16/2018 | Service of Summons and Complaint Returned Executed (21 days) |
| | *Docket Text:* PROOF OF SERVICE Executed by Plaintiff Robert Skazel, upon Defendant Thomas Valfrid Anderson served on 5/14/2018, answer due 6/4/2018. Service of the Summons and Complaint were executed upon Thomas Valfrid Anderson in compliance with California Code of Civil Procedure by substituted service at business address and no service by mail was executed.Original Summons NOT returned. (Grossbardt, Jonah) | | |
| 16 R | *Filed:* *Entered:* | 06/05/2018 06/06/2018 | Minutes of In Chambers Order/Directive - no proceeding held |
| | *Docket Text:* MINUTE ORDER IN CHAMBERS by Judge Percy Anderson: Order to Show Cause Re: Dismissal For Lack Of Prosecution Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). In the present case, it appears that this time period has not been met. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before June 15, 2018 why this actionshould not be dismissed for lack of prosecution. (rfi) | | |
| 17 R | *Filed & Entered:* *Terminated:* | 06/14/2018 06/15/2018 | Motion for Clerk to Enter Default |
| | *Docket Text:* NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendants All Defendants filed by Plaintiff Robert Skazel. (Attachments: # (1) Declaration Jonah A. Grossbardt Declaration, # (2) Exhibit A) (Grossbardt, Jonah) | | |
| 18 R | *Filed & Entered:* | 06/14/2018 | Response |
| | *Docket Text:* RESPONSE filed by Plaintiff Robert Skazelto Minutes of In Chambers Order/Directive - no | | |

| | | | |
|---|---|---|---|
| | | | proceeding held,, [16] (Grossbardt, Jonah) |
| 19 R | *Filed & Entered:* | 06/15/2018 | Clerks Entry of Default (CV-37) - optional html form |
| | *Docket Text:* DEFAULT BY CLERK F.R.Civ.P.55(a) as to Thomas Valfrid Anderson individually doing business as Anderson and Jung, Daniel Jung individually doing business as Anderson and Jung. (mrgo) | | |
| 20 R | *Filed & Entered:* | 06/15/2018 | Minutes of In Chambers Order/Directive - no proceeding held |
| | *Docket Text:* MINUTE ORDER IN CHAMBERS by Judge Percy Anderson. On June 14, 2018, the plaintiff filed a request for entry of default by clerk against the interests of all other potential claimants. Default by clerk was entered on June 15, 2018. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before July 16, 2018. Failure to file said dispositive motion by July 16, 2018, will result in dismissal without further notice by the Court. (lom) | | |
| 21 | *Filed & Entered:* | 07/13/2018 | Notice of Change of Attorney Business or Contact Information (G-06) |
| | *Docket Text:* NOTICE of Change of Attorney Business or Contact Information: for attorney Jonah Adam Grossbardt counsel for Plaintiff Robert Skazel. Changing firm name to SRIPLAW, P.A.. Filed by Plainitff Robert Skazel. (Grossbardt, Jonah) | | |
| 22 R | *Filed & Entered:* | 07/13/2018 | Motion for Default Judgment |
| | *Terminated:* | 08/10/2018 | |
| | *Docket Text:* APPLICATION for Default Judgment against Defendants THOMAS VALFRID ANDERSON and DANIEL JUNG, both individually and dba ANDERSON & JUNG, filed by Plaintiff Robert Skazel. Application set for hearing on 8/13/2018 at 01:30 PM before Judge Percy Anderson. (Attachments: # (1) Declaration, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Declaration, # (9) Proposed Order, # (10) Certificate of Service) (Grossbardt, Jonah) | | |
| 23 | *Filed & Entered:* | 08/08/2018 | Motion to Set Aside Default |
| | *Terminated:* | 08/21/2018 | |
| | *Docket Text:* NOTICE OF MOTION AND MOTION to Set Aside Default Re: Clerks Entry of Default (CV-37) - optional html form[19]. filed by Defendant Thomas Valfrid Anderson, Daniel Jung. Motion set for hearing on 9/10/2018 at 01:30 PM before Judge Percy Anderson. (Attachments: # (1) Declaration of T. Valfrid Anderson, # (2) Declaration of J. Daniel Jung, # (3) Proposed Order) (Attorney Ju-In Daniel Jung added to party Thomas Valfrid Anderson(pty:dft), Attorney Ju-In Daniel Jung added to party Daniel Jung(pty:dft)) (Jung, Ju-In) | | |
| 24 | *Filed & Entered:* | 08/09/2018 | Notice of Withdrawal |
| | *Docket Text:* Notice of Withdrawal of Motion for Default Judgment, [22] filed by Plainitff Robert Skazel. (Grossbardt, Jonah) | | |
| 25 | *Filed & Entered:* | 08/10/2018 | Text Only Scheduling Notice |
| | *Docket Text:* TEXT ONLY ENTRY ORDER by Judge Percy Anderson. Pursuant to Notice of Withdrawal of Motion for Default Judgment [24], APPLICATION for Default Judgment [22] is taken off calendar. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kss) TEXT ONLY ENTRY | | |
| 26 R | *Filed & Entered:* | 08/20/2018 | Non-Opposition to Motion |
| | *Docket Text:* NOTICE OF NON-OPPOSITION to NOTICE OF MOTION AND MOTION to Set Aside Default Re: Clerks Entry of Default (CV-37) - optional html form[19]. [23] filed by Plaintiff Robert Skazel. (Grossbardt, Jonah) | | |

| | | | |
|---|---|---|---|
| 27 | *Filed:* | 08/21/2018 | Order on Motion to Set Aside Default |
| | *Entered:* | 08/22/2018 | |
| | *Docket Text:* MINUTES (IN CHAMBERS) - COURT ORDER by Judge Percy Anderson re: [23] MOTION to Set Aside Default. Given the Ninth Circuit's preference for disposing of cases on the merits and Plaintiff's non-opposition to Defendants' Motion, the factors favor setting aside the entry of Defendants' default. Accordingly, the Court grants Defendants' Motion to Set Aside Entry of Default. Defendants' response to the operative First Amended Complaint shall be filed on or before September 7, 2018. Failure to file such a response by September 7, 2018 may result in the entry of Defendants' default without further notice. (mrgo) ||||
| 28 | *Filed & Entered:* | 09/06/2018 | Motion to Dismiss for Lack of Jurisdiction |
| | *Docket Text:* NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction , NOTICE OF MOTION AND MOTION to Dismiss Complaint filed by Defendant Thomas Valfrid Anderson, Daniel Jung. Motion set for hearing on 10/15/2018 at 01:30 PM before Judge Percy Anderson. (Attachments: # (1) Declaration Declaration of J. Daniel Jung, # (2) Declaration of Thomas Valfrid Anderson, # (3) Proposed Order) (Jung, Ju-In) ||||
| 29 | *Filed & Entered:* | 09/07/2018 | Deficiency in Electronically Filed Documents (G-112A) - optional html form |
| | *Docket Text:* NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction NOTICE OF MOTION AND MOTION to Dismiss Complaint [28]. The following error(s) was/were found: Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (mrgo) ||||
| 30 | *Filed & Entered:* | 09/07/2018 | Response By Court to Notice of Deficiencies (G-112B) - optional html form |
| | *Docket Text:* RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction NOTICE OF MOTION AND MOTION to Dismiss Complaint [28] by Clerk of Court. The document is accepted as filed. Counsel are ordered to filed their Notice of Interested Parties forthwith. (mrgo) ||||
| 31 | *Filed & Entered:* | 09/11/2018 | Certificate/Notice of Interested Parties |
| | *Docket Text:* CERTIFICATE of Interested Parties filed by Defendants All Defendants, identifying Robert Skazel, Mia Weiss (aka Mia Florentine Weiss), Thomas Valfrid Anderson, and J. Daniel Jung. (Jung, Ju-In) ||||
| 32 | *Filed & Entered:* | 09/17/2018 | Stipulation to Continue |
| | *Docket Text:* STIPULATION to Continue Hearing on Motion to Dismiss from October 15, 2018 to November 5, 2018 Re: NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction NOTICE OF MOTION AND MOTION to Dismiss Complaint [28] filed by Plainitff Robert Skazel. (Attachments: # (1) Proposed Order)(Grossbardt, Jonah) ||||
| 33 | *Filed:* | 09/18/2018 | Order |
| | *Entered:* | 09/19/2018 | |
| | *Docket Text:* ORDER CONTINUING HEARING ON MOTION TO DISMISS TO NOVEMBER 5, 2018 approved by Judge Percy Anderson, re Stipulation to Continue, [32]. (Motion continued to 11/5/2018 at 01:30 PM before Judge Percy Anderson.) (mrgo) ||||
| 34 | *Filed & Entered:* | 10/08/2018 | Motion for Order |

*Docket Text:* APPLICATION for Order for Extending Time to Serve Defendants *Thomas Valfrid Anderson and Daniel Jung, both individually and dba Anderson & Jung* filed by Plainitff Robert Skazel. Application set for hearing on 11/5/2018 at 01:30 PM before Judge Percy Anderson. (Attachments: # (1) Declaration, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Proposed Order) (Grossbardt, Jonah)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/14/2018 16:28:47 | | | |
| **PACER Login:** | ws1303:2862687:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:18-cv-03669-PA-AGR |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |